# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00364SOM |
| CASE NAME: | USA v. Willolyn Kapena Jose |
| ATTYS FOR PLA: | William J. Shipley Jr. |
| ATTYS FOR DEFT: | Shanlyn A.S. Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/21/2006 | TIME: | 2:05 - 2:20 |

COURT ACTION:  EP: M/Withdraw Not Guilty Plea and to Plead Anew as to Willolyn Kapena Jose.

Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge signed and filed.

Deft sworn and queried.  Advised of rights.
No Memorandum of Plea Agreement.

Plea of GUILTY entered to Counts 1 and 2 of the Indictment.

Court to submit Report and Recommendation Concerning Guilty Plea recommending that deft be adjudged guilty.
Deft advised of right to file objection to Report and Recommendation.

Pre-Sentence Investigation Report ordered.

SENTENCING 7-3-06 @ 2:15 p.m., SOM.
Trial date vacated.
Bail to continue.

Submitted by Richlyn Young, courtroom manager