```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  william.shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. No. 05-00364 SOM |
|---|---|---|
| Plaintiff, | ) ) ) | GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE |
| vs. | ) ) | OF SERVICE |
| WILLOLYN KAPENA JOSE, | ) ) | Date:  July 3, 2006 |
| Defendant. | ) ) | Time:  2:15 p.m. Judge:  Susan Oki Mollway |

GOVERNMENT'S SENTENCING STATEMENT

      The United States, by and through its attorney, the United States Attorney for the District of Hawaii, hereby states that it has no objection and/or clarifications to make to the draft Presentence Investigation Report dated May 16, 2006.

      DATED:  Honolulu, Hawaii, May 30, 2006.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ William L. Shipley
                                 WILLIAM L. SHIPLEY
                                 Assistant U.S. Attorney
```

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on May 30, 2006:

**Served Electronically through CM/ECF:**

Shanlyn A.S. Park          <u>shanlyn_park@fd.org</u>
Attorney for Defendant
 WILLOLYN KAPENA JOSE

**Served by hand-delivery:**

Roy T. Kawamoto
Senior U.S. Probation Officer
Room C-126, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

DATED: Honolulu, Hawaii, May 30, 2006.

<u>/s/ Gloria Parker</u>
Gloria Parker