PETER C. WOLFF, JR.   #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK   #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:   shanlyn_park@fd.org

Attorney for Defendant
WILLOLYN KAPENA JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00364 SOM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING DATE |
| vs. | ) |
| | ) |
| WILLOLYN KAPENA JOSE, | ) New Date:  July 18, 2006 |
| | ) New Time:  2:15 p.m. |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE**

   IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant WILLOLYN KAPENA JOSE's sentencing presently set

for July 3, 2006, at 2:15 p.m. be and is hereby continued to July 18, 2006, at 2:15 p.m. before Judge Susan Oki Mollway.

    IT IS SO STIPULATED:

    DATED: Honolulu, Hawaii, June 28, 2006.

    /s/ Shanlyn A.S. Park
    SHANLYN A.S. PARK
    Attorney for Defendant
    WILLOLYN KAPENA JOSE

    /s/ William Shipley
    WILLIAM SHIPLEY
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    IT IS APPROVED AND SO ORDERED:

    DATED: Honolulu, Hawaii, June 28, 2006.

    _/s/ Susan Oki Mollway_
    Susan Oki Mollway
    United States District Judge

UNITED STATES v. WILLOLYN KAPENA JOSE
CR. NO. 05-00364 SOM
STIPULATION AND ORDER TO CONTINUE SENTENCING DATE