# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00364SOM |
| CASE NAME: | United States of America Willolyn Kapena Jose |
| ATTYS FOR PLA: | William L. Shipley, Jr. |
| ATTYS FOR DEFT: | Shanlyn Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/21/2006 | TIME: | 9:03am-9:53am |

COURT ACTION:  EP: Sentencing to Counts 1 and 2 of the Indictment-Defendant present not in Custody.

The Court adopts the presentence report.

Defendant addresses the Court.

Sentence as to Counts 1 and 2 of the Indictment-

Probation-5 Years as to each count, to run concurrent.

Special Conditions of Probation-

1, That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance.

> The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. That the defendant serve 153 days of intermittent confinement at the Federal Detention Center Honolulu, commencing on Friday, July 28, 2006 and to be completed by July 27, 2007. The defendant shall surrender to the FDC no later than 6:00 p.m. on each Friday, and shall be released from the FDC no later than 12:00 p.m. on each Sunday.

No Fine.

Special Assessment-$200.00

Defendant advised of her right to appeal.

Submitted by Leslie L. Sai, Courtroom Manager